JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT PENN, an individual, | ) CASE NO. CV 14-00828 MMM (ASx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES, a local public entity; and DOES 1-10, inclusive, | ) |
| Defendants. | ) |

Plaintiff Dwight Penn filed this action on May 22, 2014. On November 3, 2014, the court granted defendant's motion to dismiss the complaint with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiff take nothing by way of his complaint; and

    2.    That the action be, and it is hereby, dismissed.

DATED: October 31, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE